# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

| | |
|---|---|
| Case No.: CV 05-8357 AHM (SSx) | Date December 15, 2005 |
| Title PARADIGM OIL, INC., et al. V. BAKER & HOSTETLER, LLP & DAVID IVEY | |

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 15 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Present: The Honorable A. Howard Matz

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

No Appearance                                  No Appearance

**Proceedings:**      In Chambers

On November 28, 2005 Plaintiffs Paradigm Oil, Inc., et al. filed this case for breach of contract, negligence, breach of fiduciary duty, etc. Plaintiffs alleged no claims arising under federal law. Plaintiffs stated diversity of citizenship, pursuant to 28 U.S.C. §1332, as a basis for federal jurisdiction. However, Plaintiffs failed to allege the citizenship of either of the defendants, one of which is a limited liability partnership. On November 30, 2005, this Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs responded to the OSC on December 12, 2005.

Plaintiffs' response fails to adequately address the issues raised in the OSC. Plaintiffs have failed to allege citizenship of each of the partners of the Defendant, Baker & Hostetler. The Court takes judicial notice of Baker & Hostetler's website, www.bakerlaw.com, in which it states approximately 30 partners work in its Houston, Texas office. As these partners are most likely citizens of the same state as Plaintiffs, two of which are Texas corporations, complete diversity of the parties does not exist. Therefore, this case is dismissed without prejudice for lack of subject matter jurisdiction.

Initials of Preparer   SMW